# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| United States of America | |
|---|---|
| Plaintiff, | CASE NO. 8: 19CR371 |
| vs. | |
| Luis Fernando Hernandez-Ortiz | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Indictment

_____  12/5/19
Defendant                         Date

_____  12/5/19
Attorney for Defendant            Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __12__ day of __December__, 20_19_.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT